ACCEPTED
09-17-00169-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/11/2017 2:06 PM
CAROL ANNE HARLEY
CLERK



**PAT KNAUTH**
First Assistant

**ASHLEY MOLFINO**
Criminal Chief

**WAYLN THOMPSON**
Appellate Chief

**CORY KNEELAND**
Chief of Intake

**KIMBERLY HOBBS PIPKIN**
Special Crimes Chief

## BOB WORTHAM
### CRIMINAL DISTRICT ATTORNEY

Jefferson County Courthouse
1085 Pearl Street, 3rd Floor
Beaumont, Texas 77701
(409) 835-8550
FAX (409) 835-8573

**GARY REAVES**
Executive Assistant

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/11/2017 2:06:29 PM
CAROL ANNE HARLEY
Clerk

**KATHLEEN M. KENNEDY**
Civil Chief

**RANDI KING**
Family Chief

**JAMES ARCENEAUX**
Chief Investigator

December 11, 2017

Carol Anne Harley, Clerk of the Court
Ninth Court of Appeals
1001 Pearl St., Suite 330
Beaumont, TX 77701-3552

   Re: Ira Johnson, III
     Docket No. 312820 / Appeal No. 09-17-00169-CR

To The Honorable Court of Appeals:

After having read the complete record, the State waives its right to answer the Appellant's Anders Brief. The State may respond to any supplemental or additional briefs filed by Appellant in this appeal.

Respectfully Submitted,

*/s/ Wayln G. Thompson*

_____

Wayln G. Thompson
Assistant Criminal District Attorney
Jefferson County, Texas
(thompson@co.jefferson.tx.us)

cc:    Marva Provo, Attorney for Appellant, mprovo@provolawfirm.com